IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MAURICE WALLACE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 09-cv-224-DRH |
| | ) |
| **MARVIN POWERS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed pursuant to 28 U.S.C. § 1915A.  Dismissal is with prejudice; except that dismissal of Plaintiff's retaliation claim against Defendant Caliper is without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

| | |
|---|---|
| November 17, 2009 | By: /s/    DavidRHerndon |
| *Date* | *District Judge* |